U.S. COURTS

98 JAN 12 PH 3:03

REC'D_____ FILED _Waugh_
CAMERON S. BURKE,
CLERK.      IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 97-097-N-EJL |
| ) | |
| vs. ) | |
| ) | ORDER |
| LON T. HORIUCHI, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court in the above-entitled matter is Defendant Horiuchi's Notice of Removal. The Court received evidence and heard oral argument on the Notice of Removal on January 12, 1998. The Court ordered from the bench that the criminal charges against the Defendant are removed to federal court pursuant to 28 U.S.C. § 1442(a)(1). The Court Clerk shall notify the State of Idaho that all further proceedings shall be in federal court in the District of Idaho.

IT IS SO ORDERED.

Dated this _12th_ day of January, 1998.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

**ORDER** - Page 1
98ORDERS\HORIUCHI.RMV

AO 72A
(Rev. 8/82)

CERTIFICATE OF MAILING

I hereby certify that on the 12th day of Jan, 1998, that I mailed a true and correct copy of the foregoing document to the following:

Robert Huntley, Esq.
Patrick Miller, Esq.
P.O. Box 2720
Boise, ID 83701

Schwalb, Donnenfeld & Silbert, P.C.
Suite 300 East
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5207

Denise Woodbury
Boundary County Prosecuting Attorney
P.O. Box 1148
Bonners Ferry, ID 83805

Stephen Yagman, Esq.
723 Ocean Front Walk
Venice, CA 90291-3270

Clerk, Boundary County Court

Cameron S. Burke, Clerk

By: *Carol Vaugn*
    Deputy Clerk

**ORDER** - Page 2
98ORDERS\HORIUCHI.RMV

AO 72A
(Rev. 8/82)