JUDGMENT

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

U.S. DISTRICT COURT
U.S. BANKRUPTCY COURT
DISTRICT OF IDAHO

OCT 22 2001

M. REC'D
LODGED FILED

NO. 98-30149
CT/AG#: CR-97-00097-EJL

STATE OF IDAHO

Plaintiff - Appellant

v.

LON T. HORIUCHI

Defendant - Appellee

APPEAL FROM the United States District Court for the District of Idaho (Boise).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Idaho (Boise) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that this court's panel opinion of June 14, 2000 and en banc court's opinion of June 5, 2001 are VACATED and the case is REMANDED to the district court with instructions to VACATE it's judgment as moot.

Filed and entered September 14, 2001

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 16 2001

by: R. Roberts
Deputy Clerk

FOR PUBLICATION

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF IDAHO, *Plaintiff-Appellant,* v. LON T. HORIUCHI, *Defendant-Appellee.* | No. 98-30149<br>D.C. No. CR-97-00097-EJL<br>ORDER |

Filed September 14, 2001

Before: Mary M. Schroeder, Chief Judge, and Procter Hug, Jr., Alex Kozinski, Pamela Ann Rymer, Andrew J. Kleinfeld, Michael Daly Hawkins, Sidney R. Thomas, Barry G. Silverman, Susan P. Graber, William A. Fletcher and Richard A. Paez, Circuit Judges.

## ORDER

The motion of Appellant Lon T. Horiuchi to vacate the opinions previously entered is GRANTED, and IT IS HEREBY ORDERED that the opinion of the en banc court filed June 5, 2001, 253 F.3d 359 (9th Cir. 2001), the panel opinion filed June 14, 2000, 215 F.3d 986 (9th Cir. 2000), as well as the opinion and judgment of the district court entered May 14, 1998, CR-97-097-N-EJL (D. Id. May 14, 1998), be, and the same hereby are, VACATED as moot.

SO ORDERED.

INTERNAL USE ONLY: Proceedings include all events.
98-30149 State of Idaho, et al v. Horiuchi

STATE OF IDAHO
Plaintiff - Appellant

Ramsey Clark, Esq.
(212) 475-3232
[COR LD NTC ret]
Attorney at Law
36 East 12th St.
New York, NY 10003

Stephen Yagman, Esq.
310/452-3200
[COR LD NTC cc]
Stephen Yagman, Esq.
(See above)
[COR LD NTC ret]
YAGMAN & YAGMAN
723 Ocean Front Walk
Venice, CA 90291

Todd M. Reed
208/267-7545
[COR LD NTC gov]
P.O. Box 1148
Bonners Ferry, ID 83805

v.

LON T. HORIUCHI
Defendant - Appellee

Robert A. Salerno
FAX 223-2085
(202) 861-3900
[COR LD NTC ret]
Lorrie A. Giventer
FAX 223-2085
(202) 861-3900
[COR LD NTC ret]
PIPER & MARBURY
1200 Nineteenth Street, N.W.
Washington, DC 20036
(202) 861-3940

Robert C. Huntley, Jr., Esq.
FAX 208-388-0234
208-388-1230
[COR LD NTC]
Robert C. Huntley, Jr., Esq.
(See above)
[COR LD NTC ret]
P.O. Box 2188
Boise, ID 83701

Adam S. Hoffinger
FAX 223-2085
(202) 861-3900
[COR LD NTC ret]
1200 Nineteenth St. N.W.

Washington, DC 20036-2430

Earl J. Silbert, Esq.
FAX 223-2085
(202) 861-3900
[COR LD NTC ret]
PIPER & MARBURY
1200 Nineteenth St. N.W.
Washington, DC 20036-2430

--------------------------

UNITED STATES OF AMERICA
Amicus

Seth Waxman, Esq.
202/616-4171
[COR LD NTC ag]
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044-7146

Timothy P. Garren
202-616-4171
[COR LD NTC gov]
U.S. DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 7146
Benjamin Franklin Station
Washington, DC 20044
(202)724-6966

Robert M. Loeb, Esq.
FAX 514-7964
202/514-4332
Room 9532
[COR LD NTC gov]
U.S. DEPARTMENT OF JUSTICE
Civil Division
601 "D" Street, N.W.
Washington, DC 20004-0001

WILLIAM BARR, Hon
Amicus

Arthur B. Culvahouse, Jr.
(202) 383-5300
Suite 500 West
[COR LD NTC ret]
555 13th St., S.W.
Washington, DC 20004-1109

Denise Woodbury
(310) 452-3200
[COR LD NTC ret]
YAGMAN & YAGMAN

INTERNAL USE ONLY: Proceedings include all events.
98-30149 State of Idaho, et al v. Horiuchi

                                        723 Ocean Front Walk
                                        Venice, CA 90291-3200

STEPHEN YAGMAN
    Amicus